■ In the Matter of NORRIS BETHEA, Petitioner, v RAYMOND HARRINGTON et al., Respondents. — Proceeding pursuant to CPLR article 78 to compel the respondents to direct the Probation Department of Nassau County to provide petitioner's counsel with a copy of his presentence report. Cross motions by the Director of the Nassau County Department of Probation, and said department, and respondent Harrington to dismiss the proceeding. Proceeding dismissed and cross motions granted. Thompson, J.P., O'Connor, Weinstein and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL BILLER, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Lodato, J.), imposed September 10, 1982. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J.P., Gibbons, Thompson and Gulotta, JJ., concur.